DANIEL J. BRODERICK, #89424
Federal Defender
JEREMY S. KROGER, # # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JUAN CARLOS PALLARES-MORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-CR-00215 LJO-SKO-1 |
| Plaintiff, | |
| v. | STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; ORDER |
| JUAN CARLOS PALLARES-MORA, | |
| Defendant. | Date: July 23, 2012<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Special Assistant United States Attorney Megan Richards, counsel for plaintiff, and Assistant Federal Defender Jeremy Kroger, counsel for defendant, that the hearing currently set for August 20, 2012, at 8:30 a.m., **may be advanced and rescheduled to July 23, 2012 at 8:30 a.m.**

A plea agreement has been reached in this illegal-reentry case, and the parties anticipate a change of plea and sentencing at the next court date. The parties request that the date be advanced because there are no contested sentencing issues and because, based on the Presentence Report, the plea agreement contemplates a sentence of time served.

///

///

///

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: July 18, 2012 | /s/ Megan A.S. Richards<br>MEGAN RICHARDS<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: July 18, 2012 | /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Juan Carlos Pallares-Mora |

**ORDER**

IT IS SO ORDERED.

**Dated:   July 19, 2012**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE